UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In Re: DENNIS ANDREW WISE      Case No: 4:24-bk-10245 R
    Chapter 13

## SUMMARY NOTICE OF CLAIMS FILED

Pursuant to an examination of the proofs of claims filed in this case, Joyce Bradley Babin, Chapter 13 Standing Trustee, provides this Summary Notice of Claims Filed for claims filed on or before the date of this Notice.  This Notice is provided to the Debtor and the Debtor's attorney and is filed with the United States Bankruptcy Court.

In this Notice, the classification of each claim (e.g., priority, secured or unsecured) is listed.  "Not filed" denotes a debt disclosed in the Debtor's bankruptcy schedules for which no proof of claim has been filed.  Except of the classification of a claim as "priority," a claim filed that is not listed in the Debtor's bankruptcy schedules is described as "unlisted."  For any claim filed as "priority," the claim is listed as "priority" regardless of the listing in the Debtor's schedules.

Pursuant to 11 U.S.C. Sections 501 and 502 and Federal Rule of Bankruptcy Procedure 3007, a claim or interest for which a proof of claim is filed is deemed allowed unless the Debtor or a party in interest objects to the claim and obtains an order modifying or disallowing the claim as filed.  If no order is entered which modifies or disallows a claim, each of the claims noted below will be paid as filed, subject to the terms of the confirmed plan and the United States Bankruptcy Code.

This Notice is a summary only of the proofs of claims filed with the United States Bankruptcy Court and is not intended as legal advice on any issue regarding the claims including, without limitation:  (1) the accuracy of the claim; (2) the underlying objection; or (3) the treatment of the filed claim in the plan.  Filing of this Notice is not a waiver of the Trustee's rights to seek allowance or determination of the status of any claim pursuant to the Bankruptcy Code of the Federal Rules of Bankruptcy Procedure.

Date:  8/19/2024

                                 /s/  Joyce Bradley Babin
                                 Chapter 13 Standing Trustee

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| 21st Mortgage Corporation<br>P O BOX 477<br>KNOXVILLE, TN  37901 | Continuing Debt<br>$84,721.34<br>Filed | MTG - Ongoing Mortgage<br>Account No:  6771<br>Comment  :  12 Wise Ln. Vilonia, AR 72173<br>Monthly Payment:  1,045.83 | 100.00 |
| 21st Mortgage Corporation<br>P O BOX 477<br>KNOXVILLE, TN  37901 | $4,227.64<br>$0.00 | MTG - Prepetition Arrears<br>Account No:  6771<br>Comment  :  12 Wise Ln. Vilonia, AR 72173<br>Monthly Payment:     $70.46 | 100.00 |

4:24-bk-10245   Doc#: 38   Filed: 08/19/24   Entered: 08/19/24 15:40:50   Page 2 of 6

    Page 2 of 6  
    4:24-bk-10245 R  
    DENNIS ANDREW WISE

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| Arkansas Pathology Associates<br>PO Box 3380<br>Little Rock, AR  72203-3380 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  8601<br>Comment  : | |
| Ascendium Education Solutions, Inc<br>P O Box 809142<br>Chicago, IL  60680-9142 | $11,104.29<br>$11,104.29<br>Filed | NON-DISCHARGEABLE DEBT<br>Account No:  5684<br>Comment  :  Nelnet | Pro-Rata |
| Avant<br>222 N. LaSalle St, Ste 1700<br>Chicago, IL  60601 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  3823<br>Comment  : | |
| Avant<br>222 N. LaSalle St, Ste 1700<br>Chicago, IL  60601 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  7564<br>Comment  : | |
| Capital One Bank NA<br>P O Box 71083<br>Charlotte, NC  28272-1083 | $626.48<br>$626.48<br>Filed | UNSECURED<br>Account No:  3613<br>Comment  : | Pro-Rata |
| Capital One Bank NA<br>P O Box 71083<br>Charlotte, NC  28272-1083 | $625.07<br>$625.07<br>Filed | UNSECURED<br>Account No:  8770<br>Comment  : | Pro-Rata |
| Capital One Bank NA<br>P O Box 71083<br>Charlotte, NC  28272-1083 | $566.86<br>$566.86<br>Filed | UNSECURED<br>Account No:  7835<br>Comment  : | Pro-Rata |
| CHI St. Vincent<br>PO Box 1259<br>Dept 141529<br>Oaks, PA  19456 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  0028<br>Comment  : | |
| Conway Family Dental<br>550 Chestnut St.<br>Conway, AR  72032 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  7165<br>Comment  : | |
| Conway Regional<br>PO Box 9662<br>Conway, AR  72033 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  XXXXiple<br>Comment  : | |
| Conway Regional Medical Center<br>Attn: Business Office<br>P.O. Box 10610<br>Conway, AR  72034 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  5033<br>Comment  : | |

| Creditor Name and Address | Claim Amount | Claim Information | | Pay % |
|---|---|---|---|---|
| Conway Regional Medical Center<br>Attn: Business Office<br>P.O. Box 10610<br>Conway, AR  72034 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  4730<br>Comment  : | | |
| Conway Regional Medical Center<br>Attn: Business Office<br>P.O. Box 10610<br>Conway, AR  72034 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  3584<br>Comment  : | | |
| Conway Regional Medical Center<br>Attn: Business Office<br>P.O. Box 10610<br>Conway, AR  72034 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  3888<br>Comment  : | | |
| Conway Regional Medical Center<br>Attn: Business Office<br>P.O. Box 10610<br>Conway, AR  72034 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  3374<br>Comment  : | | |
| Conway Regional Medical Center<br>Attn: Business Office<br>P.O. Box 10610<br>Conway, AR  72034 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  2892<br>Comment  : | | |
| Conway Regional Medical Center<br>Attn: Business Office<br>P.O. Box 10610<br>Conway, AR  72034 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  XXXXiple<br>Comment  : | | |
| DEPT OF FINANCE & ADMIN<br>Revenue Legal Counsel<br>P O Box 3493<br>LITTLE ROCK, AR  72203-3493 | $678.88<br>$678.88<br>Filed | PRIORITY<br>Account No:  5268<br>Comment  : | 2020 income tax | 100.00 |
| DEPT OF FINANCE & ADMIN<br>Revenue Legal Counsel<br>P O Box 3493<br>LITTLE ROCK, AR  72203-3493 | $176.22<br>$176.22<br>Filed | UNSECURED<br>Account No:  5268<br>Comment  : | 2020 income tax penalty | Pro-Rata |
| Hyundai Motor Finance Company<br>P O BOX 20809<br>FOUNTAIN VALLEY, CA  92728 | $0.00<br>$61,542.98<br>Filed | OTHER CONTINUING DEBT<br>Account No:  5278<br>Comment  :  2023 Hyundai Palisade SEL<br>Monthly Payment:   1,235.00     Surrendered | | 100.00 |
| Indigo - Celtic Bank<br>PO Box 4499<br>Beaverton, OR  97076 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  2612<br>Comment  : | | |
| Internal Revenue Service<br>P O Box 7317<br>PHILADELPHIA, PA  19101-7317 | $14,293.90<br>$14,293.90<br>Filed | PRIORITY<br>Account No:  XXXXXX5268<br>Comment  : | 2023 income tax | 100.00 |

| Creditor Name and Address | Claim Amount | Claim Information | | Pay % |
|---|---|---|---|---|
| Jefferson Capital Systems LLC<br>P O Box 772813<br>Chicago, IL  60677-2813 | $1,528.30<br>$1,528.30<br>Filed | UNLISTED UNSECURED<br>Account No:  3823<br>Comment  :  Webbank | | Pro-Rata |
| John A. Flynn<br>P O Box 1344<br>Cabot, AR  72023 | $3,975.50<br>$0.00 | Initial Attorney Fee<br>Account No:<br>Comment  : | | 100.00 |
| Lincare Inc.<br>19387 Hwy 19 N<br>Clearwater, FL  33764-3102 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  28XB<br>Comment  : | | |
| Lincare Inc.<br>19387 Hwy 19 N<br>Clearwater, FL  33764-3102 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  3649<br>Comment  : | | |
| Medallion Bank<br>c/o Systems & Services Technology Inc<br>4315 N Pickett Road<br>St Joseph, MO  64503 | $0.00<br>$30,166.47<br>Filed | SECURED<br>Account No:  7499<br>Comment  :  2021 Puma Camper<br>Monthly Payment:   $429.88     Surrendered | | 100.00 |
| Medallion Bank<br>c/o Systems & Services Technologies<br>P O Box 9013<br>Addison, TX  75001 | $12,328.78<br>$12,328.78<br>Filed | UNSECURED<br>Account No:  7499<br>Comment  :  def 2021 Puma Trailer | | Pro-Rata |
| Mission Lane Tab Bank<br>PO Box 105286, SW &#035;1340<br>Atlanta, GA  30348 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  7400<br>Comment  : | | |
| Quantum3 Group LLC<br>P O Box 2489<br>Kirkland, WA  98083 | $364.91<br>$364.91<br>Filed | UNSECURED<br>Account No:  8864<br>Comment  :  Comenity/Maurices | | Pro-Rata |
| Radiology Associates<br>P. O. Box 2252<br>Birmingham, AL  35246-0066 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  PARA<br>Comment  : | | |
| Resurgent Capital Services<br>P O Box 10587<br>Greenville, SC  29603-0587 | $1,446.50<br>$1,446.50<br>Filed | UNSECURED<br>Account No:  1QX9<br>Comment  :  Affirm | | Pro-Rata |
| Resurgent Capital Services<br>P O Box 10587<br>Greenville, SC  29603-0587 | $684.29<br>$684.29<br>Filed | UNSECURED<br>Account No:  9483<br>Comment  :  Credit One | | Pro-Rata |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| Resurgent Capital Services<br>P O Box 10587<br>Greenville, SC  29603-0587 | $1,097.83<br>$1,097.83<br>Filed | UNSECURED<br>Account No:  9550<br>Comment  :  Credit One | Pro-Rata |
| Resurgent Capital Services<br>P O Box 10587<br>Greenville, SC  29603-0587 | $1,337.30<br>$1,337.30<br>Filed | UNSECURED<br>Account No:  6171<br>Comment  :  Credit One | Pro-Rata |
| Resurgent Capital Services<br>P O Box 10587<br>Greenville, SC  29603-0587 | $1,400.82<br>$1,400.82<br>Filed | UNSECURED<br>Account No:  6344<br>Comment  :  Credit One | Pro-Rata |
| Resurgent Capital Services<br>P O Box 10368<br>Greenville, SC  29603-0368 | $1,931.54<br>$1,931.54<br>Filed | UNSECURED<br>Account No:  5638<br>Comment  :  Merrick Bank | Pro-Rata |
| Resurgent Capital Services<br>P O Box 10587<br>Greenville, SC  29603-0587 | $810.82<br>$810.82<br>Filed | UNSECURED<br>Account No:  4000<br>Comment  :  Synch/PP | Pro-Rata |
| Resurgent Capital Services<br>P O Box 10587<br>Greenville, SC  29603-0587 | $485.15<br>$485.15<br>Filed | UNSECURED<br>Account No:  6694<br>Comment  :  Synch/PP | Pro-Rata |
| Resurgent Capital Services<br>P O Box 10587<br>Greenville, SC  29603-0587 | $159.82<br>$159.82<br>Filed | UNLISTED UNSECURED<br>Account No:  OQWL<br>Comment  :  affirm | Pro-Rata |
| Ron&#039;s Portable Buildings<br>PO Box 233<br>Howe, OK  74940 | $0.00<br>$0.00<br>Claim Not Filed | Lease - Other<br>Account No:<br>Comment  :  Portable Bldg / $256.80 mo / 3:<br>Paid outside | 0.00 |
| Roy Denton<br>2513 McCain Blvd.<br>Suite 2 &#035;377<br>North Little Rock, AR  72116 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  E000<br>Comment  : | |
| Southern Regional Anesthesio<br>500 S University Ave<br>Suite 500<br>Little Rock, AR  72205 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  1363<br>Comment  : | |
| St Vincent Heart Clinic<br>10100 Kanis Rd.<br>Little Rock, AR  72205 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  1690<br>Comment  : | |

| Creditor Name and Address | Claim Amount | Claim Information | | Pay % |
|---|---|---|---|---|
| St Vincent Medical Group<br>P O Box 23410<br>Little Rock, AR  72221 | $1,064.73<br>$1,064.73<br>Filed | UNSECURED<br>Account No:  5268<br>Comment  : | | Pro-Rata |
| Upstart Network<br>P O Box 1931<br>Burlingame, CA  94011 | $2,545.89<br>$2,545.89<br>Filed | UNSECURED<br>Account No:  8333<br>Comment  : | | Pro-Rata |
| Wayfinder BK as agent for Performance Fi<br>P.O. Box 3882<br>Oak Brook, IL  60522-3882 | $2,000.00<br>$3,045.30<br>Filed | SECURED<br>Account No:  1998<br>Comment  :  2020 Polaris Sportsman 450<br>Monthly Payment: | $42.99 | 100.00 |
| Wayfinder BK as agent for Performance Fi<br>P.O. Box 3882<br>Oak Brook, IL  60522-3882 | $1,045.30<br>$0.00 | UNSECURED<br>Account No:  1998<br>Comment  :  Split Claim 2020 Sports | | Pro-Rata |

CC:  DENNIS ANDREW WISE and
JENNIFER ELLEN WISE
12 Wise Ln.
Vilonia, AR  72173

John A. Flynn
P O Box 1344
Cabot, AR  72023